AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

United States of America
v.
DAVID CARROL SHEPPARD

Defendant(s)

Case No. MJ 26-121-M-KLD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 2026 to October 10, 2026 in the county of Missoula in the District of Montana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 875(c) | Interstate Communication of a Threat to Injure (Penalty: five years of imprisonment, $250,000 fine, and three years of supervised release) |

This criminal complaint is based on these facts:

Pleaes See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Gregory Sangster, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/13/2026

*Judge's signature*

City and state: Missoula, Montana

Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA

v.

DAVID CARROL SHEPPARD

Case No. MJ 26-      -M-KLD

**AFFIDAVIT OF GREGORY SANGSTER**
**IN SUPPORT OF CRIMINAL COMPLAINT**

I, Gregory Sangster, being duly sworn, state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and am currently assigned to the Billings Field Office, Missoula Resident Agency in Missoula, Montana. I have been employed by the FBI as an SA since 2020. Since 2021, I have worked within the Joint Terrorism Task Force (the "JTTF") of the FBI's Chicago and Billings Divisions. In this capacity, I investigate, among other things, criminal cases related to threats to public officials.

2. This affidavit submitted in support of a Criminal Complaint to arrest and detain David Carrol Sheppard for transmitting interstate communications to threaten or injure, in violation of 18 U.S.C. § 875(c). The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other law enforcement agents and witnesses, and information provided to the FBI. I have not included all the facts known to me, but rather only those facts necessary to establish probable cause to arrest Sheppard.

**STATEMENT OF PROBABLE CAUSE**

3. On November 24, 2025, Peter Haugen called the FBI National Threat Operations Center (NTOC) to report David Sheppard, Haugen's cousin, was making threats towards the President of the United States (POTUS). That same day, I interviewed Haugen who stated Sheppard was kicked out of his house in Wyoming by his father, Craig Sheppard, because David Sheppard was "abusive." According to Haugen, both Sheppard's father and stepmother were afraid of Sheppard.

4. FBI personnel reviewed Sheppard's Facebook account and observed the threatening posts directed towards POTUS. The username associated with Sheppard's Facebook account was dave.sheppard.716.

5. On November 26, 2025, FBI SA Levi Kroschel and I interviewed Sheppard at his home in Missoula, Montana. At the outset of the interview, we showed Sheppard printouts of some of his concerning Facebook posts. Sheppard confirmed that the Facebook account represented in printouts was managed by him. Sheppard stated he was posting his

opinions and political views and was not going to travel to harm the POTUS. During the interview, we warned Sheppard that he should refrain from making threatening posts. SA Kroschel indicated Sheppard could be arrested for similar conduct in the future. SA Kroschel then asked Sheppard to repeat back what he understood about our interview. Following that interview, Sheppard removed a large portion of his previous post, including most of the directly threatening posts written about POTUS.

6. On the morning of October 10, 2026, the Montana Analysis and Technical Information Center (MATIC) notified the United States Secret Service (USSS) Protective Intelligence Advance team that Missoula resident, David Carrol Sheppard, had posted multiple threatening messages on his Facebook account directed at POTUS. Some of these posts specifically referenced POTUS's planned visit to Kalispell, Montana, on October 14, 2026. The USSS contacted the FBI that same day.

7. FBI investigators conducted records checks on Sheppard and determined Sheppard had a criminal history dating back to 1989. His recent criminal history includes: a charge in 2019 for Felony Terroristic Threats to Commit Any Violent Felony in Sublette County, Wyoming (Convicted of Misdemeanor Reckless Endangering/Conduct instead), and a 2016

conviction for Felony Criminal Endangerment related to a DUI in Ravalli County, Montana.

8. Law enforcement reviewed Sheppard's Facebook account, which had username dave.sheppard.716—the same account he used to post threatening messages in November 2025. During a review of the new posts, investigators observed content which expressed interest in violent action towards POTUS and POTUS's supporters. A sampling of the material I personally observed as screen shots from Sheppard's Facebook page include the following:

- "Trump is going to be so DEAD that you won't even know how it happened!!!" (October 05, 2026)

- "Be a gambler and vote for the Repukeagains (SIC) and see if you're able to stay alive!!!" (August 31, 2026)

- "Every Gaped Out Pussy That supports Trump is going to BE. DEAD!!!!!" (August 19, 2026); and

- "If you support Trump, YOU ARE GOING TO BE DEAD!!!!" (August 14, 2026). This was contained in an image that is copied below:




9. Investigators observed an additional post that Sheppard made on the Missoula GOP Facebook page on or about October 9, 2026:

- "We are KILLING Trump if he comes to Montana!!!!!" This was contained in an image that is copied below:




10. On October 10, 2026, the USSS separately provided the FBI with and email containing the below messages that they observed on Sheppard's Facebook page:

- "If you are from Kalispell, clean up your hunting rifle and KILL tRump when he gets there!!!!!" (October 9, 2026, at 2031 EDT);
- "If you are from Kalispell, clean up your hunting rifle and KILL tRump when he gets there!!!!!" (October 9, 2026, at 1830 EDT);
- "FUCK TRUMP!!! He is so fucking DEAD!!!!!" (October 8, 2026, at 1749 EDT);
- "Trump is getting KILLED so quick, you won't even know how it happened!!!" (October 8, 2026, at 1744 EDT);
- "Trump is going to be so DEAD that you won't even know how it happened!!!" (October 4, 2026, at 2232 EDT);
- "If you support tRump, you will be KILLED!!" (October 1, 2026, at 1944 EDT);
- "We need 10 Million Americans to be fully armed and kill pile of shit tRump!!!!" (September 13, 2026, at 1920 EDT);
- "Every Gaped Out Pussy That supports Trump is going to BE. DEAD!!!!!" (August 18, 2026, at 2016 EDT);
- "We are KILLING Trump so fast,he won't even know how it happened!!!" (August 15, 2026 at 0016 EDT);
- "Trump is going to be DEAD!!" (August 8, 2026, at 2146 EDT);
- "If you are a MFr POS that supports Trump, you're going to be KILLED!!!!" (August 3, 2026 at 2039 EDT); and
- "If you support Trump, you better have already paid for a burial site!!!" (July 31, 2026, at 2050 EDT).

11. On October 10, 2026, USSS agents and I interviewed Sheppard at his home in Missoula. This is the same residence where he lived in

November 2026. The interview was recorded. During the interview, we showed Sheppard printouts of some of his Facebook posts as described above. Sheppard confirmed that the Facebook account we discussed was managed by him. He claimed that he was exercising his freedom of speech and stated he used his cellphone to create posts on Facebook.

12. Sheppard recalled the FBI's previous visit to his home. He also stated that, while he did not have firearms in his apartment, his father had a hunting rifle. Sheppard admitted to being upset at the current political situation, specifically referencing the war with Iran and rising prices. He also joked about whether the FBI would be sending ICE agents to kill him. Sheppard denied that he had a specific plan to injure or kill anyone. But, in response to questions about specific threatening posts he made, Sheppard stated he was trying to see if others had the same opinion as him and he also said he knew of a number of ways that people could die while referencing the movies "Live Free or Die Hard" and "The Equalizer." We concluded the interview and left the residence.

13. After a short discussion, we returned and placed Sheppard under arrest.

## CONCLUSION

14. Based on the foregoing, I submit there is probable cause to believe that David Sheppard transmitted interstate threats to injure, in violation of 18 U.S.C. § 875(c).

I swear that the facts presented herein are true and accurate to the best of my knowledge and belief.

Gregory Sangter
Special Agent, FBI

Subscribed and sworn to before me in person this 13th day of October 2026.

HON. KATHLEEN L. DESOTO
United States Magistrate Judge