KELSEY A. SABOL
CYNDEE L. PETERSON
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front, Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
Email: Kelsey.Sabol@usdoj.gov
Cyndee.Peterson@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
NOV 04 2026
Clerk, U.S. District Court
District of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID CARROL SHEPPARD,<br><br>Defendant. | CR 26-53-M-WWM<br><br>INDICTMENT<br><br>INTERSTATE THREATS<br>Title 18 U.S.C. § 875(c)<br>(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

That between in or about July 2026 and October 2026, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, DAVID CARROL SHEPPARD, transmitted in interstate and foreign

commerce any communication containing a threat to injure the person of another, including Facebook posts in which the defendant, DAVID CARROL SHEPPARD stated he would kill President Donald J. Trump, in violation of 18 U.S.C. § 875(c).

A TRUE BILL.

Foreperson Signature Redacted Original Document Filed Under Seal

FOREPERSON

SCOTT TWITO
United States Attorney

MARK STEGER SMITH
First Assistant U.S. Attorney